# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFF MERKLEY, United States Senator,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 18-cv-2226 (ABJ) |

## NOTICE OF APPEARANCE

Please take notice that Stephen M. Pezzi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendant Donald J. Trump (in his official capacity as President of the United States) and for Defendant United States National Archives and Records Administration (collectively, the "Executive Branch Defendants").

Dated: October 3, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

<u>/s/   *Stephen M. Pezzi*</u>
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11504
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for the Executive Branch Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)