AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Jeff Merkley )<br>*Plaintiff* )<br>v. )<br>Donald J. Trump et al. )<br>*Defendant* ) | Case No.   18-cv-02226-ABJ |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Burck                                                                                                      .

Date:   10/03/2018                                                      /s/ Christopher Landau
                                                                                    *Attorney's signature*

                                                            Christopher Landau, P.C. (D.C. Bar No. 425319)
                                                                             *Printed name and bar number*

                                                                  Quinn Emanuel Urquhart & Sullivan, LLP
                                                                          1300 I Street, N.W., 9th Floor
                                                                                Washington, D.C. 20005
                                                                                            *Address*

                                                                          chrislandau@quinnemanuel.com
                                                                                       *E-mail address*

                                                                                      (202) 538-8000
                                                                                   *Telephone number*

                                                                                      (202) 538-8100
                                                                                       *FAX number*