# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFF MERKLEY, United States Senator,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 18-cv-2226 (ABJ) |

## AMENDED NOTICE OF APPEARANCE

Please take notice that Stephen M. Pezzi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby amends his notice of appearance in the above-captioned matter.

Mr. Pezzi's original notice of appearance in this matter, ECF No. 6, reflected that Mr. Pezzi will serve as counsel of record for Defendant Donald J. Trump (in his official capacity as President of the United States) and for Defendant United States National Archives and Records Administration (collectively, the "Executive Branch Defendants"). That representation continues.

Mr. Pezzi now also hereby enters his appearance in the above-captioned matter as counsel of record for the following additional four defendants: Senator Mitch McConnell, Senator Charles Grassley, Ms. Julie Adams (in her official capacity as the Secretary of the Senate), and Mr. Michael Stenger (in his official capacity as the Senate Sergeant at Arms and Doorkeeper) (collectively, the "Senate Defendants").

Accordingly, Mr. Pezzi will serve as counsel of record in this matter for all defendants in this case with the exception of Mr. William Burck (collectively, the "Government Defendants").

Dated: October 5, 2018					Respectfully submitted,

					JOSEPH H. HUNT
					Assistant Attorney General

					ERIC R. WOMACK
					Assistant Branch Director

					<u>/s/   Stephen M. Pezzi</u>
					STEPHEN M. PEZZI (D.C. Bar No. 995500)
					Trial Attorney
					United States Department of Justice
					Civil Division, Federal Programs Branch
					1100 L Street NW, Room 11504
					Washington, DC 20005
					Phone: (202) 305-8576
					Fax: (202) 616-8470
					Email: stephen.pezzi@usdoj.gov

					*Attorneys for the Government Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)