IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFF MERKLEY, *Plaintiff,* v. DONALD J. TRUMP et al., *Defendants.* | No. 18-cv-2226 (ABJ) Electronically Filed Hon. Amy Berman Jackson |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants.

Plaintiff is dismissing this action because Judge Brett Kavanaugh has been confirmed by the United States Senate, and any claim under the Advice and Consent Clause of the United States Constitution has been extinguished.

The Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. The action is therefore dismissed under Federal Rule of Civil Procedure 41(a)(1) upon filing of this notice.

Dated this 6th day of October, 2018.

RESPECTFULLY SUBMITTED,

*/s/ Kristen Clarke/CBM*

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
Samuel Weiss* (NY Bar # 5383229)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW
Suite 900
Washington, DC 20005
(202) 662-8600
kclarke@lawyerscommittee.org

* Member of the NY bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending. *Pro hac vice* motion to be submitted.

Cyrus Mehri (D.C. Bar # 420970)
U.W. Clemon (D.C. Bar # AL0013)
Michael D. Lieder (D.C. Bar # 444273)
Joanna K. Wasik (D.C. Bar # 1027916)
MEHRI & SKALET, PLLC
1250 Conn. Ave., NW
Suite 300
Washington, DC 20036
(202) 822-5100
cmehri@findjustice.com